## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAKE'S FIREWORKS INC., <br><br> Plaintiff, <br><br> v. <br><br> SKY THUNDER, LLC <br><br> Defendant. | Civil Action No. 16-2475-JAR-GLR |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

The undersigned certifies that, on December 19, 2016, **Jake's Fireworks Inc.'s Objections and Responses to Defendants' First Set of Requests for Production of Documents to Plaintiff; Jake's Fireworks Inc.'s Objections and Responses to Defendants' First Set of Requests for Admission to Plaintiff; and Jake's Fireworks Inc.'s Responses and Objections to Defendants' First Set of Interrogatories to Plaintiff** were served by e-mail and U.S. Mail, postage prepaid, on the following counsel of record:

> Gregory P. Goheen
> McANANY, VAN CLEAVE & PHILLIPS, P.A.
> 10 E. Cambridge Circle Drive, Suite 300
> Kansas City, Missouri 66103
> ggoheen@mvplaw.com

Dated:  December 20, 2016                    Respectfully Submitted,

   /s/ *Michael B. Hurd*
Michael B. Hurd, KS Bar No. 12,521
Matthew B. Walters, KS Bar No. 23,514
HOVEY WILLIAMS LLP
10801 Mastin Boulevard, Suite 1000
Overland Park, Kansas 66210
T: (913) 647 – 9050
F: (913) 647 – 9057
Email: mhurd@hoveywilliams.com
       mwalters@hoveywilliams.com

ATTORNEYS FOR PLAINTIFF
JAKE'S FIREWORKS INC.

## **CERTIFICATE OF SERVICE**

On December 20, 2016, the foregoing was filed electronically with the Clerk of the Court via the CM/ECF system, which will deliver electronic notification of the filing to all counsel of record.

                                         s/ *Michael B. Hurd*