# EXHIBIT B

# Karen Brokesh

| | |
|---|---|
| **From:** | Todd Gangel <tgangel@hoveywilliams.com> |
| **Sent:** | Tuesday, February 07, 2017 1:13 PM |
| **To:** | Robert L. Turner, IV |
| **Cc:** | Greg P. Goheen; Michael B. Hurd; Dianne Smith-Misemer; Jake's Fireworks_GEN 5_ TINF_ EXCALIBUR Sky Thunder_001749_00128 Email |
| **Subject:** | RE: Jake's Fireworks v. Sky Thunder [IWOV-DMS.FID489667] |
| **Attachments:** | Joint Motion to Extend Discovery-Motion Deadline.DOC; Proposed Order_Motion to Extend Discovery-Motion Deadline.DOCX |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Rob,

As discussed during our call this morning, I have attached a proposed joint motion and proposed order to extend the parties' respective Local Rule 37.1 deadlines to Friday, March 17. Please let me know if you agree to the motion, and we will take care of the filing.

Regarding the discovery issues we discussed during our call:

- The proposed Protective Order that the parties submitted to the Court on January 10, 2007 is referenced in the attached motion. Hopefully that will remind Judge Rushfelt that he needs to take action on it; if not, we can call his clerk or courtroom deputy to see what we need to do to get it back on his radar.

- Following the entry of the Protective Order and substantial completion of Plaintiff's document production, we will update Plaintiff's responses to the various document requests enumerated in your Golden Rule letter to indicate whether any documents are being withheld pursuant to our objections. We will also indicate, where applicable, if Plaintiff has no documents responsive to a particular request in its possession, custody, or control.

- With respect to RFP No. 29, Plaintiff stands on its objections regarding tax returns and the general financial documents requested. As drafted, the First Amended Complaint seeks *Defendants'* profits, along with statutory damages for counterfeiting, and Plaintiff does not believe its own financial records have been put in issue. That being said, if there is specific financial information you believe is needed to evaluate Plaintiff's claims in the context of mediating and resolving this dispute, we would be happy to consider and speak with our client regarding a more targeted request.

- Defendant has agreed to narrow Interrogatory No. 4 to seek the identities of lawsuits and legal proceedings relating to the mark and product(s) at issue in this litigation. We will update Plaintiff's response accordingly.

- We will seek clarification from the client regarding the answer to Interrogatory No. 8, regarding the state(s) in which Plaintiff sells its fireworks.

- We appreciate Defendant's clarification of Interrogatory Nos. 16, 17, 20, and 23 and will update Plaintiff's responses accordingly.

1

- Plaintiff stands on its objections and responses to Defendant's requests for admission, with the possible exceptions of Nos. 31, 38, and 47, which we will re-evaluate and determine whether our responses can be supplemented.

- Finally, Plaintiff will update its response to Request for Admission No. 18 now that you have provided a copy of Exhibit A.

If I have omitted anything, or if any of the above items are inconsistent with your notes or recollection, please let me know.

Many thanks,
**Todd A. Gangel**
Of Counsel
Hovey Williams LLP
10801 Mastin Boulevard, Suite 1000
84 Corporate Woods
Overland Park, Kansas 66210

T 913.647.9050 | F 913.647.9057
http://www.hoveywilliams.com



**From:** Todd Gangel
**Sent:** Monday, February 6, 2017 8:51 AM
**To:** 'Robert L. Turner, IV' <rturner@mvplaw.com>
**Cc:** Greg P. Goheen <ggoheen@mvplaw.com>; Michael B. Hurd <mbh@hoveywilliams.com>; Dianne Smith-Misemer <dsmisemer@hoveywilliams.com>; Jake's Fireworks__GEN 5_ TINF_ EXCALIBUR Sky Thunder_001749_00128 Email <{F489667}.DMS@02eb1.imanage.work>
**Subject:** RE: Jake's Fireworks v. Sky Thunder [IWOV-DMS.FID489667]

Thanks, Rob. Talk to you then. My direct line is 913.232.5041.

**Todd A. Gangel**
Of Counsel
Hovey Williams LLP
10801 Mastin Boulevard, Suite 1000
84 Corporate Woods
Overland Park, Kansas 66210

T 913.647.9050 | F 913.647.9057
http://www.hoveywilliams.com



**From:** Robert L. Turner, IV [mailto:rturner@mvplaw.com]
**Sent:** Monday, February 6, 2017 8:36 AM
**To:** Todd Gangel <tgangel@hoveywilliams.com>
**Cc:** Greg P. Goheen <ggoheen@mvplaw.com>; Michael B. Hurd <mbh@hoveywilliams.com>; Dianne Smith-Misemer <dsmisemer@hoveywilliams.com>; Jake's Fireworks__GEN 5_ TINF_ EXCALIBUR Sky Thunder_001749_00128 Email