# EXHIBIT C

# Karen Brokesh

| | |
|---|---|
| **From:** | Robert L. Turner, IV |
| **Sent:** | Thursday, April 27, 2017 1:01 PM |
| **To:** | Todd Gangel (tgangel@hoveywilliams.com); mbh@hoveywilliams.com |
| **Cc:** | Greg P. Goheen; Karen Brokesh |
| **Subject:** | Jake's Fireworks v. Sky Thunder - Outstanding Discovery Issues |

Todd and Michael,

We are in receipt of your supplemental discovery responses, and continue our review to ascertain whether there are any outstanding requests that remain in dispute. The most efficient way I can see to do so and avoid unnecessary appearances before the court is to identify whether there exist any documents or information withheld from Plaintiff's responses pursuant the objections raised. Thus, are there any documents or information which you have identified in response to any of Defendant's discovery requests which have been withheld pursuant to the objections raised in Plaintiff's answers and responses?

Please let us know so that we may narrow any remaining issues, assess the validity of the objections raised, and if necessary work to resolve those that remain in dispute before input of the court would be required. As you know the parties have jointly extended the deadline for Rule 37 motions until tomorrow, April 28, 2017. We are seeking to avoid additional unnecessary extensions of this deadline.

Best regards,
Rob

Robert L Turner, IV
Attorney at Law
Office: Kansas City
Direct Line: 913-573-3373