# EXHIBIT D

# Karen Brokesh

| | |
|---|---|
| **From:** | Todd Gangel <tgangel@hoveywilliams.com> |
| **Sent:** | Wednesday, May 17, 2017 1:37 PM |
| **To:** | Robert L. Turner, IV; Michael B. Hurd |
| **Cc:** | Greg P. Goheen; Karen Brokesh; Matt Walters; Jake's Fireworks__GEN 5_ TINF_ EXCALIBUR Sky Thunder_001749_00128 Email |
| **Subject:** | RE: Jake's Fireworks v. Sky Thunder - Outstanding Discovery Issues [IWOV-DMS.FID489667] |

Rob,

Plaintiff is not withholding any responsive documents pursuant to the objections raised. We will produce a few recently located responsive e-mails later today or tomorrow to complete Plaintiff's production. We expect the overall size of the production to remain under 50 pages.

Sincerely,
**Todd A. Gangel**
Of Counsel
Hovey Williams LLP
10801 Mastin Boulevard, Suite 1000
84 Corporate Woods
Overland Park, Kansas 66210

T 913.647.9050 | F 913.647.9057
http://www.hoveywilliams.com



**From:** Robert L. Turner, IV [mailto:rturner@mvplaw.com]
**Sent:** Wednesday, May 10, 2017 5:49 PM
**To:** Todd Gangel <tgangel@hoveywilliams.com>; Michael B. Hurd <mbh@hoveywilliams.com>
**Cc:** Greg P. Goheen <ggoheen@mvplaw.com>; Karen Brokesh <kbrokesh@mvplaw.com>
**Subject:** RE: Jake's Fireworks v. Sky Thunder - Outstanding Discovery Issues

Michael and Todd,

When may we expect a response to the below email so that we may ascertain whether there remain any outstanding issues with Plaintiff's responses to Defendant's discovery requests?

Thanks,
Rob

**From:** Robert L. Turner, IV
**Sent:** Thursday, April 27, 2017 1:01 PM
**To:** Todd Gangel (tgangel@hoveywilliams.com); mbh@hoveywilliams.com
**Cc:** Greg P. Goheen; Karen Brokesh
**Subject:** Jake's Fireworks v. Sky Thunder - Outstanding Discovery Issues

Todd and Michael,

1

We are in receipt of your supplemental discovery responses, and continue our review to ascertain whether there are any outstanding requests that remain in dispute. The most efficient way I can see to do so and avoid unnecessary appearances before the court is to identify whether there exist any documents or information withheld from Plaintiff's responses pursuant the objections raised. Thus, are there any documents or information which you have identified in response to any of Defendant's discovery requests which have been withheld pursuant to the objections raised in Plaintiff's answers and responses?

Please let us know so that we may narrow any remaining issues, assess the validity of the objections raised, and if necessary work to resolve those that remain in dispute before input of the court would be required. As you know the parties have jointly extended the deadline for Rule 37 motions until tomorrow, April 28, 2017. We are seeking to avoid additional unnecessary extensions of this deadline.

Best regards,
Rob



Robert L Turner, IV
Attorney at Law
McAnany, Van Cleave & Phillips, P.A.
10 E. Cambridge Circle Drive, Suite 300
Kansas City, KS 66103
Direct Line: 913-573-3373
Main: 913-371-3838
Fax: 913-371-4722
rturner@mvplaw.com
www.mvplaw.com

CONFIDENTIALITY NOTICE: This message, and any accompanying attachments, are confidential and are only intended for the individual(s) or entity to which this message is addressed and may contain information that is attorney work product, privileged, confidential or protected from disclosure under applicable law. This message is not intended to be relied upon by unintended recipients or by any third party. If you are not a named addressee, you are bound by this confidentiality and you should not disseminate, distribute, or copy this message. If you are not a named addressee, please notify the sender immediately by e-mail and delete the message and any attachments from your system. There is no intent on the part of the sender to waive any privilege, including attorney/client privilege, which may attach to this message or any attachments. E-mail transmission cannot be guaranteed to be secure or error-free, as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. McAnany, Van Cleave & Phillips, P.A. accepts no liability for any damage caused by any error or omission contained within the message or by any virus transmitted by this message. If verification is required, please request a hard-copy version. McAnany, Van Cleave & Phillips, P.A., 10 E. Cambridge Circle Drive, Suite 300, Kansas City, KS 66103 or call (913) 371-3838.

NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and may contain confidential and legally privileged information intended for the use of the person(s) named above. If you received this electronic transmission in error, please reply to the above-referenced sender about the error and permanently delete the original message and any attachments. Unauthorized use, copying, review and/or distribution to unauthorized persons is strictly prohibited. Further, the Kansas Bar Disciplinary Counsel requires all Kansas lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from us to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or computers or even some computer unconnected to either of us which the e-mail passed through. If you want future communication to be sent in a different fashion, please let us know at (913) 647-9050 AT ONCE.