# EXHIBIT E

# Karen Brokesh

| | |
|---|---|
| **From:** | Todd Gangel <tgangel@hoveywilliams.com> |
| **Sent:** | Thursday, May 18, 2017 4:18 PM |
| **To:** | Robert L. Turner, IV |
| **Cc:** | Greg P. Goheen; Karen Brokesh; Michael B. Hurd; Matt Walters; Jake's Fireworks__GEN 5_ TINF_ EXCALIBUR Sky Thunder_001749_00128 Email |
| **Subject:** | Jake's Fireworks v. Sky Thunder - Supplemental Discovery Responses and Production |
| **Attachments:** | Jake_s 5-18-17 Supplemental Responses to Defendant_s First Set of Interr....pdf; Jake_s 5-18-17 Supplemental Responses to Defendant_s First Set of Reques....pdf |

Rob,

Jake's supplemental interrogatory answer and supplemental document-request responses are attached. We tried to re-send the supplemental document production a ZIP file this morning but it bounced back again. Below is a link and password for FTP access to the documents Bates labeled **JAKES000002–JAKES00075**. Please let us know if you have any problems accessing them.

    Link: http://gofile.me/2HL8T/hDYjeP5yY
    Password: TQuZNR2/gDg&L=d`

Sincerely,
**Todd A. Gangel**
Of Counsel
Hovey Williams LLP
10801 Mastin Boulevard, Suite 1000
84 Corporate Woods
Overland Park, Kansas 66210

T 913.647.9050 | F 913.647.9057
http://www.hoveywilliams.com



**From:** Todd Gangel
**Sent:** Thursday, May 18, 2017 11:33 AM
**To:** 'Robert L. Turner, IV' <rturner@mvplaw.com>; Michael B. Hurd <mbh@hoveywilliams.com>
**Cc:** 'Greg P. Goheen' <ggoheen@mvplaw.com>; 'Karen Brokesh' <kbrokesh@mvplaw.com>; Matt Walters <mwalters@hoveywilliams.com>; 'Jake's Fireworks__GEN 5_ TINF_ EXCALIBUR Sky Thunder_001749_00128 Email' <{F489667}.DMS@02eb1.imanage.work>
**Subject:** RE: Jake's Fireworks v. Sky Thunder - Outstanding Discovery Issues [IWOV-DMS.FID489667]

Rob,

Our paralegal tried to e-mail the document production Bates labeled JAKES00002–JAKES000075 to you yesterday afternoon but got an "Undeliverable" receipt. He is reducing the size of the ZIP file and will re-send the production shortly.

1