# EXHIBIT H

# Karen Brokesh

| | |
|---|---|
| **From:** | Todd Gangel <tgangel@hoveywilliams.com> |
| **Sent:** | Friday, June 09, 2017 9:32 AM |
| **To:** | Robert L. Turner, IV |
| **Cc:** | Greg P. Goheen; Michael B. Hurd; Matt Walters; Justin Crawford; Jake's Fireworks_GEN 5_ TINF_ EXCALIBUR Sky Thunder_001749_00128 Email |
| **Subject:** | RE: Jake's Fireworks Inc. v. Sky Thunder, LLC; Case 2:16-cv-02475-JAR-GLR [IWOV-DMS.FID489667] |

Rob,

Just got your voicemail. I'll likely need to follow-up with Michael and/or the client about most or all of the issues you want to discuss, so the e-mail you propose would be helpful.

Many thanks,
**Todd A. Gangel**
Of Counsel
Hovey Williams LLP
10801 Mastin Boulevard, Suite 1000
84 Corporate Woods
Overland Park, Kansas 66210

T 913.647.9050 | F 913.647.9057
http://www.hoveywilliams.com



**From:** Justin Crawford
**Sent:** Friday, June 2, 2017 12:02 PM
**To:** rturner@mvplaw.com
**Cc:** Michael B. Hurd <mbh@hoveywilliams.com>; Matt Walters <mwalters@hoveywilliams.com>; Todd Gangel <tgangel@hoveywilliams.com>; ggoheen@mvplaw.com
**Subject:** Jake's Fireworks Inc. v. Sky Thunder, LLC; Case 2:16-cv-02475-JAR-GLR [IWOV-DMS.FID489667]

Mr. Turner,

Attached please correspondence from Michael B. Hurd for the above-captioned matter.

Thank you,

**Justin Crawford**
Litigation Paralegal

Hovey Williams LLP
10801 Mastin Blvd., Suite 1000
84 Corporate Woods
Overland Park, KS 66210

T 913.647.9050 | Direct 913.232.5078

F 913.647.9057
http://www.hoveywilliams.com




NOTICE: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and may contain confidential and legally privileged information intended for the use of the person(s) named above. If you received this electronic transmission in error, please reply to the above-referenced sender about the error and permanently delete the original message and any attachments. Unauthorized use, copying, review and/or distribution to unauthorized persons is strictly prohibited. Further, the Kansas Bar Disciplinary Counsel requires all Kansas lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from us to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or computers or even some computer unconnected to either of us which the e-mail passed through. If you want future communication to be sent in a different fashion, please let us know at (913) 647-9050 AT ONCE.