# EXHIBIT M

# Karen Brokesh

| | |
|---|---|
| **From:** | Todd Gangel <tgangel@hoveywilliams.com> |
| **Sent:** | Tuesday, June 13, 2017 3:49 PM |
| **To:** | Robert L. Turner, IV |
| **Cc:** | Greg P. Goheen; Michael B. Hurd; Matt Walters; Justin Crawford; Karen Brokesh; Jake's Fireworks__GEN 5_ TINF_ EXCALIBUR Sky Thunder_001749_00128 Email |
| **Subject:** | RE: Jake's Fireworks Inc. v. Sky Thunder, LLC; Case 2:16-cv-02475-JAR-GLR [IWOV-DMS.FID489667] |

Rob,

I've listened to both of the voicemails you left today regarding the two written responses you requested before 5 p.m. As you know, Michael is out of the office until Thursday. In any event, I believe my e-mails have fully addressed all of the issues you raised and clearly stated Plaintiff's positions.

If you have the available deposition dates for Mr. Kimberling that Michael first asked you for a month ago, please put them in a reply-to-all e-mail. And if my e-mails have omitted any issues on which you requested a written response, please let us know in the same e-mail reply.

Sincerely,
**Todd A. Gangel**
Of Counsel
Hovey Williams LLP
10801 Mastin Boulevard, Suite 1000
84 Corporate Woods
Overland Park, Kansas 66210

T 913.647.9050 | F 913.647.9057
http://www.hoveywilliams.com



**From:** Todd Gangel
**Sent:** Tuesday, June 13, 2017 11:47 AM
**To:** Robert L. Turner, IV <rturner@mvplaw.com>
**Cc:** Greg P. Goheen <ggoheen@mvplaw.com>; Michael B. Hurd <mbh@hoveywilliams.com>; Matt Walters <mwalters@hoveywilliams.com>; Justin Crawford <jcrawford@hoveywilliams.com>; Karen Brokesh <kbrokesh@mvplaw.com>; 'Jake's Fireworks__GEN 5_ TINF_ EXCALIBUR Sky Thunder_001749_00128 Email' <{F489667}.DMS@02eb1.imanage.work>
**Subject:** RE: Jake's Fireworks Inc. v. Sky Thunder, LLC; Case 2:16-cv-02475-JAR-GLR [IWOV-DMS.FID489667]

Rob,

We disagree with your analysis. The cases you cite in your e-mail were all decided under the broad standard of relevance articulated in the pre-2015 version of Rule 26. *See, e.g., Audiotext Commc'ns Network, Inc. v. US Telecom, Inc.*, No. CIV.A.94-2395-GTV, 1995 WL 625962, at *3 (D. Kan. Oct. 5, 1995) ("[A] request for discovery should be considered relevant if there is any possibility that the information sought may be relevant to the subject matter of the action." (quoting *Smith v. MCI Telecommc'ns Corp.*, 137 F.R.D. 25, 27 (D. Kan. 1991)); *Brown v. Univ. of Kan.*, No. 10-2606-EFM-

1